UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAHIRA AHMED,<br><br>      Plaintiff,<br><br>  -against-<br><br>MERCK & CO,<br><br>      Defendant. | 23-CV-10757 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 30, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 6, 2024
    New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge